James A. McDevitt
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 6 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT W. WATSON, <br><br> Defendant. | CR-05-0125-WFN <br><br> INDICTMENT <br><br> Vio: 29 U.S.C. § 501(c) Embezzlement of Labor Union Funds |

The Grand Jury Charges:

Beginning on or about September of 2001 through April of 2002, in the Eastern District of Washington, defendant ROBERT W. WATSON, while an officer, that is, Secretary-Treasurer of Paper Allied-Industrial Chemical Workers, AFL-CIO (PACE) Local 8-748, a labor organization engaged in an industry affecting commerce, did knowingly embezzle and convert to his own use the moneys of said labor organization of which he was an officer, and by which he was employed, directly or indirectly, in the approximate amount of $7,325.00

INDICTMENT - 1
P50518jm.SLA.wpd

(seven thousand three hundred and twenty-five dollars), in violation of Title 29, United States Code, Section 501(c).

DATED this 6 day of July, 2005.

A TRUE BILL

_____
Foreperson

*[signature]*
James A. McDevitt
United States Attorney

*[signature]*
Stephanie J. Lister
Assistant United States Attorney

INDICTMENT - 2
P50518jm.SLA.wpd